Ryan Chesmore
100 E 7th St Apt 4
Muscatine, IA 52061

Federal US court house
131 E 4th St
Davenport, IA 52801

QUAD CITIES IL 612
18 NOV 2019 PM

Barn Swallow
FOREVER USA

5RE0131516